FILED
NOV 20 2007
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, Plaintiff, | Criminal Case No. 07CR3149-BEN |
| v. | INFORMATION |
| HUGO ALFREDO HERRERA-MUNOZ, Defendant. | Title 8, U.S.C., Secs. 1324(a)(1)(A)(ii) and (v)(II) - Transportation of Illegal Aliens and Aiding and Abetting |

The United States Attorney charges:

On or about November 2, 2007, within the Southern District of California, defendant HUGO ALFREDO HERRERA-MUNOZ, with the intent to violate the immigration laws of the United States, knowing and in reckless disregard of the fact that an alien, namely, Jose Hugo Martinez-Enriquez, had come to, entered and remained in the United States in violation of law, did transport and move, said alien within the United States in furtherance of such violation of law; in violation of Title 8, United States Code, Sections 1324(a)(1)(A)(ii) and (v)(II).

DATED: 11/20/07.

KAREN P. HEWITT
United States Attorney

J. Moore for

REBECCA S. KANTER
Assistant U.S. Attorney

RSK:psd:San Diego
11/6/07