FILED

08 JAN 22 PM 4:18

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY: DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>HUGO ALFREDO HERRERA-MUNOZ,<br>Defendant. | CASE NO. 07CR03149-001-BEN<br>O R D E R |

Pursuant to a written request from the United States Probation Office, the sentencing date presently set for February 25, 2008, is vacated and reset to April 28, 2008, at 9:00 a.m.

If the defendant is on bond, defense counsel is to file an acknowledgment of the next court date by the defendant within a week of receipt of this order.

DATED: 1/18/08

Roger T. Benitez
U.S. District Judge

cc: all counsel of record

/kap